In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title to Lands Required for Opening Johnson Avenue in the Borough of the Bronx.

ELIAS M. JOHNSON et al., as Executors of and Trustees under the WILL of ISAAC G. JOHNSON, Deceased, et al., Appellants; THE CITY OF NEW YORK et al., Respondents.

*Matter of City of New York (Johnson Ave.)*, 135 App. Div. 630, affirmed. (Argued February 8, 1910; decided February 22, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1909, which affirmed an order of Special Term confirming the report of commissioners of estimate and assessment in the above-entitled proceeding.

*John Jay McKelvey* and *Alpheus H. Favour* for appellants.

*Archibald R. Watson*, Corporation Counsel (*Thomas C. Blake*, *Theodore Connoly*, *John P. Dunn* and *James R. Fitzgerald* of counsel), for City of New York, respondent.

*C. C. Ferris* for William J. Riley et al., respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN and HISCOCK, JJ. Dissenting, on dissenting opinion of INGRAHAM, J., below: WILLARD BARTLETT and CHASE, JJ. Absent: WERNER, J.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL J. TORMEY, Respondent, *v.* FRANK L. POLK et al., Constituting the Municipal Civil Service Commission of the City of New York, Appellants.

*People ex rel. Tormey* v. *Polk*, 134 App. Div. 938, affirmed. (Argued February 8, 1910; decided February 22, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 12, 1909, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendants to permit the relator to try a special

examination for promotion from patrolman to sergeant in the police force of the city of New York.

*Archibald R. Watson, Corporation Counsel (James D. Bell of counsel), for appellants.*

*Florence J. Sullivan for respondent.*

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: WERNER, J.